UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CONGRESS, et al.,<br><br>Defendants. | No. 2:23-cv-02016-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 11, 12) |

Plaintiff Thomas Joseph Melger is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2024, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed without leave to amend because "[p]laintiff fails to state any cognizable claim against any defendant," and plaintiff only makes frivolous allegations against Congress and the California Department of Corrections and Rehabilitation seeking $100,000.00 in lost wages, and $100,000,000,000.00 for pain and suffering. (Doc. No. 12 at 2.) In addition, the magistrate judge recommended that plaintiff's pending motion for injunctive relief (Doc. No. 11) be denied as having been rendered moot. (*Id.* at 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.)

1

On March 22, 2024, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 13.)

As with his complaint, plaintiff's objections are largely unintelligible. In his objections, plaintiff contends that the magistrate judge inaccurately characterized his claim as asserting that "his incarceration amounts to slavery in violation of the U.S. Constitution, Thirteenth Amendment." (*Id.* at 2.) According to plaintiff, his argument is instead that the Thirteenth Amendment of the U.S. Constitution "is an act prohibited by Congress" and "is a prescribed bill of attainder prohibited act of Congress." (*Id.*) It is not clear what distinction plaintiff is intending to draw in his objections; plaintiff's framing of his argument in this fashion does not alter the analysis in the pending findings and recommendations. Plaintiff's objections simply do not provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 13, 2024 (Doc. No. 12) are adopted in full;
2. This action is dismissed as frivolous and due to plaintiff's failure to state a cognizable claim for relief;
3. Plaintiff's motion for injunctive relief (Doc. Nos. 11) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE